IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONALD W. EDMOND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1128 |
| | § | |
| DR. KOSHDEL, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER ON DISMISSAL

Plaintiff Ronald W. Edmond, a state inmate proceeding *pro se* and requesting leave to proceed *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. Because he is not entitled to proceed *in forma pauperis*, this case will be dismissed for the reasons that follow.

Under 28 U.S.C. § 1915(g), an inmate is not allowed to bring a civil action *in forma pauperis* in federal court if, on three or more prior occasions, while incarcerated, he brought an action or appeal which was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted, unless he is under imminent danger of serious physical injury at the time suit is filed. Plaintiff's litigation history reveals that he has filed numerous lawsuits in federal court while confined. Before filing this action, he had at least three such lawsuits dismissed as frivolous. *See Edmond v. Johnson*, C.A. No. H-06-2524 (S.D. Tex. 2006), and the cases listed therein. Plaintiff's complaints in this lawsuit do not show that he is under imminent danger of serious physical injury.

Accordingly, this complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). Plaintiff may move within thirty days to reopen this case upon payment of the $350.00 filing fee.

The Clerk will provide a copy of this order to the parties.

Signed at Houston, Texas on April 4, 2007.

_____
Gray H. Miller
United States District Judge